## MYERS *vs.* VILBURN.

DEFAULT for want of plea entered without entry of defendant's appearance. Irregularity may be cured by entry of appearance *nunc pro tunc*, there being no defence.

*Alpena Circuit Court, Oct.*, 1869.

Motion to set aside default for want of a plea for irregularity, the defendant's appearance not having been entered. No affidavit of merits made, and no defence claimed.

*Kelley*, for Plaintiff.

*Tuttle*, for Defendant.

SUTHERLAND, J. — The defendant's appearance may be entered *nunc pro tunc*, and it is directed to be so entered.

Motion denied. ( See § 4109 C. L. *Green's Pr.* 58.)